FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 29 PM 5: 17

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DUSTIN EUGENE LOUGHRIDGE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-1904** |
| **JAMES D. MILLER, ET AL** | **SECTION "A"(4)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Parial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Dustin Eugene Loughridge's claims against the defendants the State Fire Marshal and Jamie Wilson be **DISMISSED WITHOUT PREJUDICE** for failure to comply with Fed. R. Civ. P. 4(m).

New Orleans, Louisiana, this 28th day of March, 2006

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep___
___ Doc. No ___
```