FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 31  AM 11: 38

LORETTA G. WHYTE
        CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DUSTIN EUGENE LOUGHRIDGE | CIVIL ACTION |
| VERSUS | NO: 04-1904 |
| WARDEN JAMES D. MILLER, JR., ET AL | SECTION: "A"(4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge, and adopts it as its opinion in this matter. Therefore, *except that the Court will retain jurisdiction over the state law claims against Miller, Branch, Seal, Samuel, and Breland*

**IT IS ORDERED** that Dustin Eugene Loughridge's Title 42 U.S.C. § 1983 claims against the defendants, Warden James D. Miller Jr., Captain Ronald Branch, Colonel Wayne Seal, EMT Glen Samuel, and Teresa Breland, in their official capacities, are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted, and for seeking relief against a defendant that is immune from being sued pursuant to the Eleventh Amendment such that it is frivolous pursuant to Title 28 U.S.C. § 1915(e) and § 1915A.

**IT IS FURTHER ORDERED** that Loughridge's § 1983 claims against Warden Miller

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No._____
```

and Colonel Seal, in their individual capacities, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for supervisory liability and denial of grievance pursuant to § 1915(e) and § 1915A.

**IT IS FURTHER ORDERED** that Loughridge's § 1983 claim alleging the denial of due process in the disciplinary proceedings is **DISMISSED WITH PREJUDICE** as frivolous pursuant to § 1915(e).

**IT IS FURTHER ORDERED** that Loughridge's state law claims against the defendants, Warden Miller, Captain Branch, Colonel Seal, Samuel, and Breland, in their official capacities, and against Miller and Seal, in their individual capacities, are **DISMISSED WITHOUT PREJUDICE** as the Court declines supplemental jurisdiction of these claims.

**IT IS FURTHER ORDERED** that the defendant's **Motion to Dismiss (Rec. Doc. No. 25)** is **DENIED** as to Captain Ronald Branch, EMT Glen Samuel, and Nurse Teresa Breland as Loughridge has sufficiently stated a claim against them int heir individual capacities such that the § 1983 and state law claims shall proceed forward and remain automatically referred to the Magistrate Judge for pretrial proceedings.

**IT IS FURTHER ORDERED** that the defendant's **Motion to Dismiss (Rec. Doc. No. 25)** is **DENIED as MOOT** as to Warden James Miller and Colonel Wayne Seal.

New Orleans, Louisiana, this 31ST day of March, 2006

_____
UNITED STATES DISTRICT JUDGE