UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DUSTIN EUGENE LOUGHRIDGE            CIVIL ACTION

VERSUS            NO. 04-1904

JAMES D. MILLER, ET AL            SECTION "A"(4)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Dustin Eugene Loughridge's claims against the defendants are **DISMISSED WITH PREJUDICE** for failure to comply with Fed. R. Civ. P. 41(b).

October 11, 2006

_____
UNITED STATES DISTRICT JUDGE